IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| **SIDING & ROOFING SYSTEMS, INC.**<br>1375 Kemper Meadow Drive #2,<br>Cincinnati, Ohio 45240 | CASE NO:<br><br>JUDGE: |
| *Plaintiff,* | MAGISTRATE JUDGE: |
| vs. | |
| **MCCLURE CONSTRUCTION CO., LLC**<br>600 Venetia Road<br>Venetia, Pennsylvania 15367<br>**Serve:**<br>**National Registered Agents, Inc.**<br>**600 North Second Street, Suite 401**<br>**Harrisburg, Pennsylvania 17101** | |
| *Defendant.* | |

## COMPLAINT

Comes now Plaintiff, Siding & Roofing Systems, Inc. (hereinafter "SRS"), and for its Complaint against Defendant, McClure Construction Co., LLC (hereinafter "McClure"), states as follows:

**STAEMENT OF JURISDICTION AND VENUE**

1. This Court has jurisdiction based upon diversity of citizenship, pursuant to 28 U.S.C. § 1332(a)(l), as the amount in controversy exceeds $75,000.00 and this action is between citizens of different states.

2. SRS is a corporation incorporated and existing under the laws of the State of Ohio, with its principal place of business at 1375 Kemper Meadow Dr. #2, Cincinnati, Ohio 45240.

3. McClure is a limited liability company organized and existing under the laws of the State of Pennsylvania, with its principal place of business in 600 Venetia Road, Venetia, Pennsylvania 15367.

4. This Court has personal jurisdiction and venue is proper pursuant to 28 U.S.C. § 1391(b)(2), as Ohio is where a substantial part of the events or omissions giving rise to the claims asserted herein occurred. McClure has conducted business in Ohio constituting sufficient minimum contacts for this Court to exercise personal jurisdiction.

## COUNT I
### (Breach of Contract)

5. SRS adopts and incorporates herein all allegations stated *supra*.

6. Plaintiff, SRS, is a supplier and installer of industrial, commercial, and architectural roofing and siding systems.

7. Defendant, McClure, is a construction company specializing in installation of roofing and siding systems for industrial and commercial projects.

8. SRS entered into multiple contracts with McClure and supplied materials on multiple projects for which McClure promised to pay.

9. From November 11, 2016 to July 5, 2022, SRS, submitted 35 invoices to McClure for roofing and siding materials supplied to McClure for various projects. A copy of SRS's statement of outstanding invoices for McClure is attached as "Exhibit A".

10. To date, Defendant, McClure, owes SRS a total of $611,904.41 for the 35 outstanding invoices.

11. Plaintiff, SRS, has satisfied all conditions precedent entitling to payment in full.

12. Plaintiff, SRS, has demanded payment form McClure, but Defendant McClure, has failed and refused to make any further payments thereby breaching the contracts entered into with SRS.

**WHEREFORE**, Plaintiff, Siding & Roofing Systems, Inc., prays for judgment against Defendant, McClure Construction Co., LLC as follows:

A. Against, Defendant, McClure Construction Co., LLC, in the amount of $611,904.41 owned for materials purchased by Defendant, McClure, as listed in the attached summary of outstanding invoices; and

B. Statutory interest, reasonable attorney's fees and costs in an amount to be determined; and

C. All other relief to which it may be entitled either legally or equitably.

Respectfully submitted,

 /s/ *Thomas R. Yocum*
Thomas R. Yocum, Esq. (#0002437)
YOCUM & NEUROTH, LLC
1 Levee Way, Suite 3109
Newport, Kentucky  41071
Telephone:  859-291-5500
E-mail: tom@ynlawusa.com
*Attorneys for Plaintiff,*
*Siding & Roofing Systems, Inc.*

10:45 AM
01/06/23

# Siding & Roofing Systems, Inc.
## A/R Aging QuickZoom
### As of January 6, 2023

| Type | Date | Num | P.O. # | Name | Terms | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **McClure Construction** | | | | | | | | |
| Invo... | 11/11/2016 | 16-231 | #1964 Mar... | McClure C... | Net 30 | 12/11/2016 | 2217 | 52,059.10 |
| Invo... | 11/18/2016 | 16-222 | Scott McCl... | McClure C... | Net 30 | 12/18/2016 | 2210 | 19,999.90 |
| Invo... | 12/09/2016 | 16-222 | Scott McCl... | McClure C... | Net 30 | 01/08/2017 | 2189 | 50,945.13 |
| Invo... | 12/19/2016 | 16-224 | Scott Job#... | McClure C... | Net 30 | 01/18/2017 | 2179 | 13,739.81 |
| Invo... | 09/25/2017 | 17-170 | 8564 | McClure C... | Net 30 | 10/25/2017 | 1899 | 12,500.00 |
| Invo... | 11/18/2017 | 17-293 | 8584 | McClure C... | Net 30 | 12/18/2017 | 1845 | 5,415.01 |
| Invo... | 12/01/2017 | 17-287 | 8531 | McClure C... | Net 30 | 12/31/2017 | 1832 | 55,482.36 |
| Invo... | 12/01/2017 | 17-200 | 8556 | McClure C... | Net 30 | 12/31/2017 | 1832 | 41,994.08 |
| Invo... | 12/06/2017 | 17-170 | 8564 | McClure C... | Net 30 | 01/05/2018 | 1827 | 12,637.06 |
| Invo... | 12/15/2017 | 17-10... | Scott | McClure C... | Net 30 | 01/14/2018 | 1818 | 29,689.85 |
| Invo... | 01/12/2018 | 17-170 | 8564 | McClure C... | Net 30 | 02/11/2018 | 1790 | 7,156.50 |
| Invo... | 01/12/2018 | 18-21 | 8589 | McClure C... | Net 30 | 02/11/2018 | 1790 | 6,294.80 |
| Invo... | 01/26/2018 | 17-29... | 8584 | McClure C... | Net 30 | 02/25/2018 | 1776 | 2,832.87 |
| Invo... | 02/27/2018 | 18-26 | 8590 | McClure C... | Net 30 | 03/29/2018 | 1744 | 9,613.49 |
| Invo... | 03/03/2018 | 18-40 | 8586 | McClure C... | Net 30 | 04/02/2018 | 1740 | 1,020.50 |
| Invo... | 03/09/2018 | 18-45 | 2024 | McClure C... | Net 30 | 04/08/2018 | 1734 | 12,227.33 |
| Invo... | 03/12/2018 | 18-41 | 8591 | McClure C... | Net 30 | 04/11/2018 | 1731 | 24,140.57 |
| Invo... | 03/12/2018 | 18-41 | 8591 | McClure C... | Net 30 | 04/11/2018 | 1731 | 9,605.11 |
| Invo... | 07/03/2018 | 18-41 | Scott | McClure C... | Net 30 | 08/02/2018 | 1618 | 1,261.85 |
| Invo... | 07/04/2018 | 18-141 | Scott | McClure C... | Net 30 | 08/03/2018 | 1617 | 75.60 |
| Invo... | 02/22/2019 | 19-29 | 8601 | McClure C... | Net 30 | 03/24/2019 | 1384 | 6,519.82 |
| Invo... | 05/15/2019 | 19-73 | Scott | McClure C... | Net 30 | 06/14/2019 | 1302 | 20,026.76 |
| Invo... | 12/19/2019 | 19-189 | 8448 | McClure C... | Net 30 | 01/18/2020 | 1084 | 1,944.86 |
| Invo... | 05/05/2020 | 19-238 | Ft. Meyers... | McClure C... | Net 30 | 06/04/2020 | 946 | 6,744.46 |
| Invo... | 06/12/2020 | 20-150 | Scott | McClure C... | Net 30 | 07/12/2020 | 908 | 26,625.51 |
| Invo... | 07/30/2020 | 19-238 | #2059 | McClure C... | Net 30 | 08/29/2020 | 860 | 46,600.64 |
| Invo... | 09/17/2020 | 20-34 | Job#2076 | McClure C... | Net 30 | 10/17/2020 | 811 | 21,797.99 |
| Invo... | 02/01/2021 | 21-8 | | McClure C... | Net 30 | 03/03/2021 | 674 | 12,763.19 |
| Invo... | 03/04/2021 | 19-238 | Scott | McClure C... | Net 30 | 04/03/2021 | 643 | 65,887.84 |
| Invo... | 04/05/2021 | 21-237 | Scott | McClure C... | Net 30 | 05/05/2021 | 611 | 960.00 |
| Pay... | 05/11/2021 | 22276 | | McClure C... | | | | -0.10 |
| Invo... | 04/19/2021 | 21-227 | Scott | McClure C... | Net 30 | 05/19/2021 | 597 | 8,379.52 |
| Invo... | 04/27/2021 | 21-237 | Scott | McClure C... | Net 30 | 05/27/2021 | 589 | 13,252.25 |
| Invo... | 05/24/2021 | 21-237 | Scott | McClure C... | Net 30 | 06/23/2021 | 562 | 10,030.17 |
| Invo... | 06/01/2022 | 22-7 | | McClure C... | Net 30 | 07/01/2022 | 189 | 900.00 |
| Invo... | 07/05/2022 | 22-154 | | McClure C... | Net 30 | 08/04/2022 | 155 | 780.58 |
| **Total McClure Construction** | | | | | | | | **611,904.41** |
| **TOTAL** | | | | | | | | **611,904.41** |

EXHIBIT A

Page 1