IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SIDING & ROOFING SYSTEMS, INC. | ) | CASE NO.: 1:23-CV-00121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE: Michael R. Barret |
| vs. | ) | |
| | ) | |
| MCCLURE CONSTRUCTION CO., LLC | ) | |
| | ) | **DEFAULT JUDGMENT** |
| | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, McClure Construction Co., having failed to plead or otherwise defend in this action, and default having been entered, **NOW**, upon application of the Plaintiff and upon Affidavit that the Defendant is indebted to the Plaintiff in the sum certain of $611,904.41, plus pre- and post-judgment interest at the statutory rate of 5 % per annum, that Defendant is a Pennsylvania limited liability company and not in the military service of the United States, and is not an infant or incompetent person, it is hereby **ORDERED, ADJUDGED AND DECREED**, that Plaintiff recover from Defendant the sum of $611,904.41 plus pre- and post-judgment interest at the statutory rate of 5% per annum plus costs of this action.

DATED: 5/30/2023

Deputy Clerk
Issuing officer's signature

Richard W. Nagel, Clerk, U.S. District Court
Printed name and title